TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK (CBN 236173)
Assistant United States Attorney
    Federal Building, Suite 7516AA
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-3275
    Facsimile: (213) 894-7819
    Email: richard.park@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MOSHE NINIO,<br><br>    Defendant. | No. CV 21-4885 -RGK<br><br>[CR 19-153 RGK]<br><br>[~~PROPOSED~~]<br><br>**ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT [28 U.S.C. § 3205(c)(1)]**<br><br>**AND**<br><br>**ORDER TO ISSUE CLERK'S NOTICE OF CONTINUING POSTJUDGMENT GARNISHMENT [28 U.S.C. §3202(b)]**<br><br>**[STATE FARM VP MANAGEMENT CORP.]** |

The Court, having considered the application of plaintiff United States of America for an Order directing the Clerk of the Court to issue a writ of continuing garnishment and a Clerk's notice of continuing garnishment against defendant-judgment debtor Moshe Ninio ("Defendant"), for nonexempt funds, assets, and/or property in the custody, control, or possession of garnishee, and it appearing to the Court that the issuance of such is proper under the circumstances of this case,

IT IS HEREBY ORDERED that:

(1) The Clerk of the Court shall issue a writ of continuing garnishment with respect to garnishee State Farm VP Management Corp.; and

(2) The Clerk of the Court shall issue a Clerk's notice of continuing post-judgment garnishment to Defendant by signing the forms submitted by the United States.

DATED: July __9__, 2021.

*/s/ Gary Klausner*
_____
UNITED STATES DISTRICT JUDGE